# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| WINBROOK<br>15 Alexander Road<br>Billerica, MA 01821 | Christmas Tree Shops LLC | 2/3/2023 | $20,000.00 | Services |
| WINBROOK<br>15 Alexander Road<br>Billerica, MA 01821 | Christmas Tree Shops LLC | 2/10/2023 | $20,000.00 | Services |
| WINBROOK<br>15 Alexander Road<br>Billerica, MA 01821 | Christmas Tree Shops LLC | 2/17/2023 | $20,000.00 | Services |
| WINBROOK<br>15 Alexander Road<br>Billerica, MA 01821 | Christmas Tree Shops LLC | 3/3/2023 | $20,000.00 | Services |
| WINBROOK<br>15 Alexander Road<br>Billerica, MA 01821 | Christmas Tree Shops LLC | 3/20/2023 | $25,000.00 | Services |
|  |  |  | **$105,000.00** |  |