# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>WINBROOK COMMUNICATIONS SERVICES, INC.,<br><br>                Defendant. | Adv. Proc. No. 25-50886 (TMH) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops, LLC, *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendant Winbrook Communications Services, Inc., (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4900-9685-3070.2 57097.001

1. The Parties agree and stipulate that the time within which the Defendant may answer the *First Amended Complaint* [D.I. 3] in the above-captioned adversary proceeding is hereby extended to and including July 19, 2025.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: June 17, 2025 | Dated: June 17, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | RUBERTO, ISRAEL & WEINER |
| */s/ Peter J. Keane* | */s/ John E. Murray* |
| Bradford J. Sandler (DE Bar No. 4142) | John E. Murray |
| Peter J. Keane (DE Bar No. 5503) | 255 State Street, 7th Floor |
| Edward A. Corma (DE Bar No. 6718) | Boston, MA 02109 |
| 919 North Market Street, 17th Floor | Telephone: (617) 570-3505 |
| P.O. Box 8705 | Email: jem@riw.com |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | *Counsel to Defendant* |
| Facsimile:  (302) 652-4400 | *Winbrook Communications Services, Inc.* |
| Email: bsandler@pszjlaw.com | |
|          pkeane@pszjlaw.com | |
|          ecorma@pszjlaw.com | |

*Counsel to Plaintiff George L. Miller, Chapter 7*
*Trustee of Christmas Tree Shops, LLC, et al.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                  Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al*.,<br><br>                  Plaintiff,<br><br>vs.<br><br>WINBROOK COMMUNICATIONS SERVICES, INC.,<br><br>                  Defendant. | Adv. Proc. No. 25-50886 (TMH) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 17th day of June, 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

                                          */s/ Peter J. Keane*
                                          Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

CHRISTMAS TREE SHOPS, LLC –
Service List
re WINBROOK COMMUNICATIONS SERVICES, INC.
Adv. Pro. No. 25-50886 (TMH)
01 – Email

**Email**
(*Counsel Winbrook Communications Services, Inc.*)
John E. Murray
255 State Street, 7th Floor
Boston, MA 02109
Telephone: (617) 570-3505
Email: jem@riw.com

*Counsel to Defendant*
*Winbrook Communications Services, Inc.*